UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CRIMINAL NO. _____ |
| | : | |
| | : | 29 U.S.C. § 501(c) (Theft from a |
| vs. | : | Labor Organization); |
| | : | |
| RODERICK BENNETT, | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The Assistant Attorney General charges that:

### COUNT ONE

(Theft from a Labor Organization)

From on or about December 2013 to on or about October 2016, in the District of the District of Columbia and elsewhere, Defendant RODERICK BENNETT, while employed directly and indirectly by Laborers International Union of North America (LIUNA), did embezzle, steal and unlawfully and willfully abstract and convert to his own use and to use of others the moneys, property and other assets of said labor organization, LIUNA, to wit: $141,335.94 in unauthorized personal charges using the American Express card issued by LIUNA to Defendant RODERICK BENNETT for official union business only.

1

All in violation of 29 U.S.C. § 501(c).

KENNETH A. BLANCO
ACTING ASSISTANT ATTORNEY
GENERAL

/s/ Vincent J. Falvo
VINCENT J. FALVO, JR.
Department of Justice
1301 New York Avenue, NW
Room 4419
Washington, D.C. 20530
(202) 353-9384
vincent.falvo@usdoj.gov