# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00215-CRC |
| Roderick Bennett | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RODERICK BENNETT                                                                                                                              .

Date:   01/14/2020

/S/Andrew S. Levetown
*Attorney's signature*

Andrew S. Levetown - DC Bar No. 422714
*Printed name and bar number*

1110 Vermont Avenue, NW., Suite 715
Washington, D.C. 20005
*Address*

asl@iveylevetown.com
*E-mail address*

(703) 618-2264
*Telephone number*

*FAX number*