# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RODERICK BENNETT,**<br><br>Defendant. | Case No. 17-cr-215 (CRC) |

## VERDICT FORM

We the jury, after due deliberation and consideration of all the evidence, unanimously reach the following verdict:

CONSPIRACY TO COMMIT HEALTH CARE FRAUD (18 U.S.C. § 1349)

        Not Guilty: _✓_____        Guilty: _____

HEALTH CARE FRAUD (18 U.S.C. § 1347)

        Not Guilty: _____        Guilty: _✓_____

DATE: _30 July 2021_        **FOREPERSON:** _____